70,354-04

June 27, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk

Dear Clerk, Im writing into your office to see have Chris Daniel of the Harris County District Clerk forwarded the application for writ of habeas corpus, (11.07) to your office? According to the Respondent's fact and order, It suppose to been sent to the Criminal Court of appeal on May 28, 2015. Could you please let me know, if your office have received the 11.07 writ, and that the writ have been dated and filed with the court.

Thanks for your time. Please notify me in ten (10) working days. Thanks again!

Sincerely,

Reginald Ricks
Reginald Ricks

C. Copy Filed
Dated: June 27, 2015